# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAS VEGAS SANDS CORP.,

               Plaintiff,

   vs.

FAN YU MING, *et al.*,

             Defendants.

)
)
)
)
)
)
)
)
)
)

Case No.: 2:18-cv-02306-GMN-DJA

**ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION**

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this __1__ day of December, 2020.

_____
Gloria M. Navarro, Judge
United States District Court