Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Plaintiff*
*Las Vegas Sands Corp.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., | Case No. 2:18-cv-02306-GMN-DJA |
| Plaintiff, | |
| v. | **REQUEST FOR RELEASE OF CASH BOND** |
| FAN YU MING, *et al.*, | |
| Defendants. | |

Plaintiff LAS VEGAS SANDS CORP. hereby requests that the One Hundred ($100.00) cash bond deposited with the Clark of Court as bond in support of Temporary Restraining Order (ECF No. 9) be discharged, exonerated and immediately released to Lewis Roca Rothgerber Christie LLP, plus interest as this action was dismissed on December 1, 2020 (ECF No. 23).

Dated: December 8, 2020

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ Meng Zhong*
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Plaintiff*
*Las Vegas Sands Corp.*

1

112995831.1

**ORDER**

IT IS HEREBY ORDERED that the $100.00 cash bond, plus interest, filed by plaintiff in this matter shall be exonerated and returned to the legal owner, Lewis Roca Rothgerber Christie LLP, counsel for plaintiff.

**IT IS SO ORDERED.**

Dated this   6   day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT